U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 20 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

RECEIVED
AUG 31 2022
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF TEXAS
**Fort Worth** DIVISION

**Maurice Henry Mason**
Plaintiff's Name and ID Number

**Tarrant County Jail (Greenbay Facility)**
Place of Confinement

CASE NO. **4-22CV-846-P**
(Clerk will assign the number)

v.

**Bill E. Wayburn (Sheriff of Tarrant County) 100 N. Lamar St. Fort Worth, TX. 76102**
Defendant's Name and Address

**Bill E. Wayburn (Sheriff of Tarrant County) 100 N. Lamar St. Fort Worth, TX. 76102**
Defendant's Name and Address

**Bill E. Wayburn (Sheriff of Tarrant County) 100 N. Lamar St. Fort Worth, TX. 76102**
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should ke copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and de under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE O

3. You must file a separate complaint for each claim you have unless the various claims are all related to the incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a shor plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district for the appropriate district of Texas in the division where one or more named defendants are located, or wher incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Crin Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in you law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an ad list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 pl administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to pr *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting information to establish your inability to prepay the fees and costs or give security therefor. You must also in a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acqui application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pau* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or fi appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmat account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proc *forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submi to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice sh marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the di of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more tha lawsuit, describe the additional lawsuits on another piece of paper, giving the same informatic

        1. Approximate date of filing lawsuit: N/A

        2. Parties to previous lawsuit:
           Plaintiff(s) N/A
           Defendant(s) N/A

        3. Court: (If federal, name the district; if state, name the county.) N/A

        4. Cause number: N/A

        5. Name of judge to whom case was assigned: N/A

        6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

        7. Approximate date of disposition: N/A

II.  PLACE OF PRESENT CONFINEMENT: Tarrant County Jail (Greenbay)

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? *The grievance procedure was unavailable/conveniently* __YES__
Attach a copy of your final step of the grievance procedure with the response supplied by the instituti

IV.  PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Maurice Henry Mason 6002 Powderwood Lane, Arlington, TX. 76018 *Note: If I have gotten out of Tarrant County Jail.

B. Full name of each defendant, his official position, his place of employment, and his full mailing add

Defendant #1: Bill E. Wayburn (Sheriff of Tarrant County) 100 N. Lamar St. Fort Worth, TX. 76102

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Continuous Health violations by (The Greenbay Facility). After the CDC has stated last year that: (3 to 5) days was sufficient.

Defendant #2: 

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Tarrant County Green Bay Law Library

RECEIVED
AUG 3 1 2022
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

United States District Court
Northern District of Texas
Fort Worth Division
Date: 8/29/2022

To whom this may concern,

My name is: Maurice Henry Mason. The reason for this attached letter is to not only make someone aware of the County Jail's Negligience towards inmates but, to also shed some light by being an example of said Negligience so it doesn't continue to happen. Once tested and confirmed positive for Covid-19, one is treated in a entirely different manner. Un-human to say the least. The Grievence Process not only comes to a stop, but so does a lot of other things such as: U.S. mail, and Cleaning Supplies although the County Jail has ample and or unlimited amounts of said supplies just sitting around collecting dust so to speak. This among other things is a Direct Violation of The United States Constitution. I pray that this will be the lawsuit that also publicly exposes all parties involved.

*Respectfully Submitted,
X *Maurice Henry Mason* (signature)
X Maurice Henry Mason
X CID# 0443096
X D.O.B. 02/19/1967

RECEIVED
AUG 3 1 2022
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court of Appeals
401 W. Belknap Suite 9000
Ft. Worth, TX. 76196-0211

Date: 8/29/2022

Dear Sir/Maam,

My name is Maurice Henry Mason. The reason for my letter is to inform someone of the Constitutional Rights that are being broken on a daily basis by the city of Fort Worth's County Jail System. The following things are taking place: I for one, have experienced being treated Inhumanely by my rights not only being disregarded but, also my U.S. Mail being held for weeks at a time. This and other violations are broken daily as I mentioned, to the point where I have filed a Lawsuit. This is happening to other's throughout the Tarrant County Jail System. And yes, I realize that it is no ones fault but my own for being incarcerated, but while incarcerated and detained I still have Constitutional, and Civil Rights. that I'am entitled to. Tarrant County Jail Conditions and Policies that being enforced unduly are unecessary and fall under cruel and unusual punishment which is a violation of the 8th Amendment to the United States Constitution. Wherefore premises considered, I pray that this letter brings forth a new light to the enclosed discribed information, and exposure to all parties involved. If you

think that the enclosed information has any merit at all, Please Contact me at: 6002 Powderwood Lane, Arlington, TX. 76018, and a good phone number to Contact me at is: (817) 714-6952. Thank you in advance, for your time, help, and Consideration.

Respectfully Submitted,
x _Maurice Henry Mason_
X MAURICE HENRY MASON
X CID# 0443096
X D.O.B. 02/19/1967

(P.S.) The above information was giving, because I may be released Conveniently.

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it hap when did it happen, and who was involved. Describe how each defendant is involved. You need not any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, nur and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT M STRIKE YOUR COMPLAINT.

On or about June 12th, 2022 - Thru June 24th, 2022. During this time, I was in a possitive Covid-19 Pod along w/ the Following Men: Wisely Stevenson, Dustin Rains, James Harris and Lancelot Dawkins. These Men were in this Covid-19 pod, before me for more than (3) to (5) days, when the CDC stated last year that over that time period was excessive. And being that they Continuously interchanged people, against CDC rules and Regulations Causing Massive exposure, Re-Jeopardized my Health and immune system all over again on a Daily Basis to say the Least.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cas statutes.

($3,100,000,000)
I'am Seeking Monetary relief in the amount of: 3.1 Million Dollars, For Mental Anguish, my Pain and Suffering and Defamation of Character along w/ Being exposed to Covid-19 Daily.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all al

Maurice Henry Mason

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or fe prison or FBI numbers ever assigned to you.

(CID# 0443096) (TDCJ# 1617147).

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___NO___

B. If your answer is "yes," give the following information for every lawsuit in which sanctions imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ___N/A___
2. Case number: ___N/A___
3. Approximate date sanctions were imposed: ___N/A___
4. Have the sanctions been lifted or otherwise satisfied? ___N/A___

C. Has any court ever warned or notified you that sanctions could be imposed? __No__

D. If your answer is "yes," give the following information for every lawsuit in which a warning was i: (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): __N/A__
   2. Case number: __N/A__
   3. Approximate date warning was issued: __N/A__

Executed on: __8/29/2022__
DATE

__Maurice Henry Mason__
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto a and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three c civil actions or appeals (from a judgment in a civil action) in a court of the United State: incarcerated or detained in any facility, which lawsuits were dismissed on the ground the frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I an imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for th filing fee and costs assessed by the court, which shall be deducted in accordance with the law fi inmate trust account by my custodian until the filing fee is paid.

Signed this __29th__ day of __August__, 20 __22__.
         (Day)              (month)              (year)

__Maurice Henry Mason__
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in respon above questions may result in the imposition of sanctions. The sanctions the court may impose incl are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



## COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  ELIZABETH KERR
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK
  MIKE WALLACH
  BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

September 6, 2022

Maurice Mason #0443096
Tarrant County Jail
100 N. Lamar St.
Fort Worth, TX 76196

Dear Mr. Mason:

    We have received your "Civil Rights Complaint" on August 31, 2022.

    This is not the proper Court for such filing. We are returning your document to you unfiled. Please send your documents to:

United States District Court
Northern District of Texas
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By: Rose M. Stewart, Deputy Clerk



Maurice Mason cid#0443096
[illegible] st,
Fort Worth, TX, 76196
(GreenBay Facility)

United States District Court
Northern District of Texas
501 West 10th Street Rm #310
Fort Worth, TX. 76102-3673



Tarrant County Green Bay Law Library

LEGAL MAIL